IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Daniel Human, individually and on behalf of all others similarly situated,<br><br>           Counterclaimant,<br><br>Vs.<br><br>Policy Scout, LLC, et al.,<br><br>           Counterdefendants | No. 4:23-cv-01377 SEP |

**COUNTERCLAIMANT'S REQUEST FOR DEFAULT JUDGMENT BY THE CLERK OF THE COURT AGAINST COUNTERCOUNTERDEFENDANTS POLICY SCOUT AND DOES 1 THROUGH 4**

Counterclaimant Daniel Human, by and through the undersigned counsel, and pursuant to Rule 55(a)(b)(1) of the Fed. R. Civ. Proc. requests the Clerk of the Court enter its judgment by default in Counterclaimant's favor against Counterdefendants Policy Scout, LLC and Doe s 1 through 4 for their failure to plead or otherwise defend the Counterclaims set forth in Doc. 2. In support, the Counterclaimant states:

    I.       **Nature of the Action**

    1.       This is a class action under the Missouri No Call List and Telemarketing prohibitions set forth in §407.1098.1 and Mo. Rev. Stat. § 407.1076.

    2.       This is also a class action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, a federal statute enacted in response to widespread public outrage about the proliferation of intrusive, nuisance telemarketing practices. *See Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 745 (2012).

3.  This case was filed in this Court on October 31, 2023, for more than nineteen (19) illegal and unsolicited telemarketing calls to the Counterclaimant's private residential telephone number without his express written consent which he personally listed on the Missouri and Federal do not call registries.

4.  Counterdefendants Policy Scout, LLC and Does 1 through 4, failed to appear, answer, or otherwise defend the Counterclaims in Missouri Federal Court and neither are minors nor incompetent persons as defined by Rule 55(b)(1). See docket sheet. See Doc. 2.

II.  **Perfection of Process**

5.  Process was perfected on Counterdefendant Policy Scout LLC, and the Doe Counterdefendants on October 31, 2023, through the Courts CM/ECF filing system. See Doc. 2.

6.  Policy Scout entered an appearance in this case on November 8, 2023 (Doc.7)

III.  **Failure to Answer, Plead or Otherwise Defend the Counterclaims**

7.  Policy Scout, LLC filed a Disclosure Statement on November 14, 2023 (Doc.13)

8.  Counterdefendants's Policy Scout, LLC and Does's 1 through 4 answers to the Counterclaims were due on or before November 30, 2023, and they have failed to file a Motion to Continue or to Stay this action, nor sought to extend the time for filing an answer to the Counterclaims.

9.  Counterdefendants Policy Scout, LLC and Does 1 through 4 have failed to plead, answer or otherwise defend the counterclaims within the time proscribed under the Federal Rules of Civil Procedure. See docket sheet, Id.

10.  In accordance with Rule 55(a)(b)(1) of the Federal rules of Civil Procedure, the Counterclaimant is entitled to the mandatory issuance of a default judgment by the Clerk of the

Court against Counterdefendants Policy Scout, LLC and Does 1 through 4 based on their failure to plead or otherwise defend and on the computation of the ascertainable damages below:

    IV.    **Computation of Damages**

    a.    **Missouri Telemarketing Law Damages**

11. This case involves nineteen (19) illegal telemarketing calls with bifurcated damages under both the Missouri State Telemarketing Laws §407.1098.1 and Mo. Rev. Stat. § 407.1076 and the Federal TCPA statutes.

12. Under Chapter 407.1107 RSMo., the Counterclaimant is entitled to $5,000 in damages for each knowing violation:

    19 x $5,000    $95,000.00

    b.    **Telephone Consumer Protection Act Damages**

13. Under 47 U.S.C. § 227, the Counterclaimant is entitled to further damages of $1,500.00 for each knowing violation of the Federal Do Not Call registry:

    19 x $1,500.00    $28,500.00

14. The total sum of combined statutory damages is $123,500.00

    c.    **Attorneys' fees and costs**

15. The Counterclaimant has incurred twenty-six (6) hours of investigation and litigation paralegal fees at $175.00 per hour or $4,500.00. See Human Cost Affidavit.

16. The Counterclaimant has incurred $405.00 in filing fees.

17. The undersigned counsel has expended twelve- and one-half hours (12.5) in the research, preparation of the Counterclaims, emails, consultations, motions, responses, replies and surresponses and preparing the instant motion. See Butler Affidavit attached hereto and fully incorporated herein by reference.

18. The undersigned Counsel's rate is $300.00 per hour. See *Butler Aff*.

12.5 x 300 =$3,750.00

    d.    **Sum Total of Damages**:

| | | |
|---|---|---|
| 19 x $5,000 | $95,000.00 | Missouri violations |
| 19 x $1,500.00 | $28,500.00 | TCPA violations |
| 26 x $175 | $4,500.00 | Investigations and preparatory costs |
| 1 x $405.00 | $405.00 | Filing fees |
| 12.5 x $300 | $3,750.00 | Attorney fees |

Total Damages Award:    $132,560.00

**WHEREFORE**, Counterclaimant requests that the Clerk of the Court enter an immediate Default Judgment pursuant to Rule 55(b)(1) of the Fed. R. Civ. Proc. in Counterclaimants' favor against Counterdefendants Policy Scout, LLC and Does 1 through 4 in the amount of $132,560.00.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Counterclaimant

<u>Certificate of Service</u>

      I hereby certify that the above and foregoing Request for a Default Judgment against Counterdefendants Policy Scout, LLC and Does 1 through 4 was served electronically this 6th day of December, 2023, on all Attorneys of record via ECF/CM filing and notification system. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

<u>/s/Edwin V. Butler</u>  
Edwin V. Butler
