IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Policy Scout, LLC, A Delaware Limited Liability Company, | ) ) ) |
| Plaintiff/Counterdefendant, | ) ) |
| Vs. | ) No. 4:23-cv-1377 SEP ) |
| DANIEL HUMAN, | ) ) |
| Defendant/Counterclaimant. | ) ) |

## NOTICE OF SETTLEMENT

COMES NOW Defendant/Counterclaimant Daniel Human, by and through counsel, and hereby provides notice of settlement. The Parties anticipate that a joint notice of voluntary dismissal with prejudice of this matter will be filed in the next three (3) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter for fourteen (14) days pending completion and execution of the above Joint Motion.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220

St. Louis, MO 63131  
edbutler@butlerlawstl.com  
(314) 504-0001  
Attorney for the Plaintiff

Certificate of Service

    I hereby certify that the above and foregoing Notice of Settlement was served electronically this 24th day of January 2024, on the Attorneys of record for the Defendants through the Court ECF/CM filing system.

Respectfully submitted,

/s/Edwin V. Butler  
Edwin V. Butler